NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AKAMAI TECHNOLOGIES, INC.,**
*Plaintiff-Appellant,*

**and**

**THE MASSACHUSETTS INSTITUTE OF TECHNOLOGY,**
*Plaintiff-Appellant,*

**v.**

**LIMELIGHT NETWORKS, INC.,**
*Defendant-Cross Appellant.*

---

2009-1372, -1380, -1416, -1417

---

Appeals from the United States District Court for the District of Massachusetts in case nos. 06-CV-11109 and 06-CV-11585, Judge Rya W. Zobel.

- - - - - - - - - - - - - - - - - - - - -

---

**MCKESSON TECHNOLOGIES INC. (FORMERLY MCKESSON INFORMATION SOLUTIONS, LLC),**
*Plaintiff-Appellant*

**v.**

**EPIC SYSTEMS CORPORATION**
*Defendant-Appellee.*

---

2010-1291

---

Appeal from the United States District Court for the Northern District of Georgia in case no. 06-CV-2965, Chief Judge Jack T. Camp

—————————————

**ON MOTION**

—————————————

**O R D E R**

IT IS ORDERED THAT:

(1)  Oral argument for these appeals is scheduled for November 18, 2011, in Courtroom 201.  Each side will have 30 minutes for oral argument.

(2)  The oral argument for Appeal No. 2009-1372 will be heard at 2 p.m.  Appeal No. 2010-1291 will be heard at 3 p.m.

(3)  Counsel for the parties shall notify the clerk, in writing, by October 21, 2011, of the names of the counsel who will present the oral argument.

FOR THE COURT

September 20, 2011                 /s/ Jan Horbaly
        Date                          Jan Horbaly
                                      Clerk

cc:  Donald R. Dunner, Esq.
     Robert S. Frank, Jr., Esq.
     Aaron M. Panner, Esq.
     Daryl L. Joseffer, Esq.
     William H. Boice, Esq.
     Amici Curiae Counsel